**FILED**
MAY 21 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I Moirsche Sibley in reference to Rule 41 (a) (1), Fed. R. Civ. P., would respectively ask the court for a voluntary dismissal with a stipulation of it being, "without prejudice", of the case Moirsche Sibley v. Cook County, Case No. 18-cv-02085, in front of the Honorable Judge Andrea R. Wood. At this point in time I can not fully address the issues of this case to the fullest ability due to me being in Stateville Correctional Facility. The mailroom only has 2 or 3 people in it, that looks over mail for over 2000 inmates. I am recieving mail ritenow with mailing dates from January. Sometimes it flows right, sometimes it doesnt. Retrieving documents from Cook County through mail is even more difficult. So I would like to voluntary dismiss this case, and litigate it later, after I can litigate it to the best of my ability.

Thank you

5-15-18

Moirsche T. Sibley #M21315
*Moirsche Sibley*

Moirsche[...]
P.O. BOX 112
JOLIET, IL
60434

Privileged
Legal
Mail

IDOC INMATE
LEGAL MAIL
17 May 18

U.S. POSTAGE » PITNEY BOWES
ZIP 60403 $ 000.47⁰
02 1W
0001394077 MAY 17 2018

05/21/2018-28

TO: CLERK OF U.S. COURT
PRISONER CORRESPONDENCE
219 S. DEARBORN STREET, 20TH FLOOR
CHICAGO, IL
60604



Privileged